**WILLIAM P. CORBETT, INC.**

v.

**WCAB (GAUTHIER)**

587 CD 2017

Commonwealth Court of Pennsylvania.

10/26/2017

Workers' Compensation Appeal Board, A16–0429

Reversed/Remanded

**SCOTT & LONGACRE TRUCKING**

v.

**WCAB(DARROW)**

588 CD 2017

Commonwealth Court of Pennsylvania.

10/26/2017

Workers' Compensation Appeal Board, A16–0959

Reversed

**REUTHER, C., et al.**

v.

**DEL. COUNTY BUR. OF ELECTIONS**

1365 CD 2017

Commonwealth Court of Pennsylvania.

10/26/2017

Delaware County Civil Division, CV–2017–007902

Affirmed

**BROWN, A.**

v.

**OOR (OIG)**

730 CD 2016

Commonwealth Court of Pennsylvania.

10/27/2017

Office of Open Records, AP–2016–0522

Affirmed/Reversed/Remanded